# EXHIBIT B

Judiciary eCourts System - Civil Part

Home    Help    Logout

**CASE JACKET**

User: DANIEL FLEMING

**Docket Number:** MER L 001635 - 25

[Back]                                                                                                    [Create Summary Report]

**Case Caption:** Bradley Justin Vs The Trustees Of Prin Ceton Uni
**Court:** Civil Part                                                    **Venue:** Mercer                          **Case Initiation Date:** 08/06/2025
**Case Type:** Whistleblower / Conscientious Employee Protection Act (Cepa)    **Case Status:** Active    **Jury Demand:** 6 Jurors
**Case Track:** 3                                                        **Judge:** Douglas H Hurd              **Team:** 50
**# of Discovery Days:** 450                                             **Age of Case:** 00 YR 00 MO          **Consolidated Case:** N
**Original Discovery End Date:**                                         **Current Discovery End Date:**       **# of DED Extensions:** 0
**Original Arbitration Date:**                                           **Current Arbitration Date:**          **# of Arb Adjournments:** 0
**Original Trial Date:**                                                 **Current Trial Date:**                **# of Trial Date Adjournments:** 0
**Disposition Date:**                                                    **Case Disposition:** Open             **Statewide Lien:**

| Plaintiffs (1) | Defendants (8) | ACMS Documents (1) | Fees (1) |

| Justin Bradley    (Party No. 1) |

### Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 08/06/2025 | 📎 ✉ | Complaint with Jury Demand for MER-L-001635-25 submitted by VALENZANO, PETER DOUGLAS, MCOMBER MCOMBER & LUBER, PC on behalf of JUSTIN BRADLEY against THE TRUSTEES OF PRINCETON UNIV, MICHAEL FORD, MICHAEL D'AGOSTINO, MARK CROPPER, STEFAN GERHARDT ET AL. | LCV20252193761 | 08/06/2025 |
| 08/07/2025 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20252197929 | 08/07/2025 |
| 08/07/2025 | 📎 ✉ | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by HILL, LAUREN, M of MCOMBER MCOMBER & LUBER, PC on behalf of JUSTIN BRADLEY against THE TRUSTEES OF PRINCETON UNIV, MICHAEL FORD, MICHAEL D'AGOSTINO, MARK CROPPER, STEFAN GERHARDT ET AL. | LCV20252200989 | 08/07/2025 |

Showing 1 to 3 of 3 entries