**WONG FLEMING**
Linda Wong (NJ Bar No. 27201982)
400 Alexander Park Dr., Suite 201
Princeton, NJ 08540
(609) 951-9520 tel.
(609) 951-0270 fax
lwong@wongfleming.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY TRENTON

| | |
|---|---|
| JUSTIN BRADLEY, <br><br> Plaintiff, <br><br> v. <br><br> THE TRUSTEES OF PRINCETON UNIVERSITY d/b/a PRINCETON PLASMA PHYSICS LABORATORY; MICHAEL FORD; MICHAEL D'AGOSTINO; MARK CROPPER; STEFAN GERHARDT; RAM SRINIVASAN; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), <br><br> Defendants. | **Case No.  3:25-cv-14300** <br><br><br> **Removed from the Superior Court of New Jersey-Mercer Vicinage** <br><br> **Case No. MER-L-001635** |

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(1), the undersigned counsel for Defendant The Trustees of Princeton University, a not-for-profit educational corp. of the State of New Jersey ("the University"), party to the above captioned action, hereby certifies the name and citizenship of every individual or entity whose citizenship is attributable to these parties:

The University is a not-for-profit education corporation organized under the laws

of the State of New Jersey and a citizen of the State of New Jersey.

Date:  August 7, 2025                    */s/ Linda Wong*
                                       Linda Wong